

# Fourth Court of Appeals
## San Antonio, Texas

November 25, 2019

No. 04-19-00780-CV

**STONEBROOK MANOR SNF LLC** d/b/a Advanced Rehabilitation & Healthcare of Live Oak,
Appellants

v.

Leticia **MENDOZA,** Individually and on behalf of the Estate of Hector Chacon, Deceased,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-11033
Honorable Aaron Haas, Judge Presiding

## O R D E R

On November 18, 2019, this court notified the trial court clerk that the clerk's record was late. The trial court clerk responded to our notice by stating that the clerk's record was not filed because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant was not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of November, 2019.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court